# Court of Appeals
# of the State of Georgia

ATLANTA, __November 21, 2012__

*The Court of Appeals hereby passes the following order:*

**A13D0111.  LUTHER McCANTS v. THE STATE.**

On August 2, 2012, the trial court entered an order denying Luther McCants's motion for leave to file an out-of-time motion for new trial.  On October 31, 2012, McCants filed this application seeking to appeal the trial court's order.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  McCants filed this application 90 days after entry of the order he seeks to appeal.  Therefore, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/21/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*